UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MARCUS W. COWLES, | Civil No. 3:16-CV-06056-RSM |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the certification page of the Administrative Record, which contains an incorrect case number, shall be replaced with the corrected certification page.

DATED this 19th day of April 2017.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1        ORDER - [3:16-CV-06056-RSM]

Presented by:

s/ Brett E. Eckelberg
BRETT E. ECKELBERG
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3748
Fax: (206) 615-2531
brett.eckelberg@ssa.gov